IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ROY CHARLES CARLISI,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-463
LT Case No. 2019-CF-000567

_____/

Decision filed November 22, 2022

Appeal from the Circuit Court
for Flagler County,
Terence R. Perkins, Judge.

Michael D. Gelety, Ft. Lauderdale,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A.
Chance, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.